## AFFIDAVIT OF JANET CONNOLLY

I, Janet Connolly, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

## INTRODUCTION

1.	I am a Special Agent with the Boston office of the United States Department of Homeland Security Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"). I have been an HSI agent since 2008. I have been assigned to the Cyber Crimes and Child Exploitation Group since 2014. As part of my duties, I investigate federal criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors. I have received training in the investigation of child exploitation offenses, including child pornography, and have reviewed child pornography as defined in 18 U.S.C. § 2256. This specialized training includes participation in the 2015 New England Cyber Crime Conference, the 2016 Dallas Crimes Against Children Conference, and the 2018 Atlanta National Law Enforcement Training on Child Exploitation.

## PURPOSE OF AFFIDAVIT

2.	I submit this affidavit in support of a criminal complaint charging Jesse LAINO (born 1996) with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

3.	I am familiar with the facts and circumstances of this investigation from my own personal participation and reports from other law enforcement agents. This affidavit is submitted for the limited purpose of establishing probable cause to believe that LAINO has committed the above offense. Accordingly, I have not included each and every fact known to me and other law enforcement officers involved in the investigation of LAINO. I have set forth only the facts that I believe are needed to establish the requisite probable cause.

**PROBABLE CAUSE**

4.   On July 21, 2020, I obtained search warrants to search LAINO's person and his residence on Rochdale Street in Auburn, Massachusetts. (See Case Nos. 20-MJ-4207-DHH and 20-MJ-4208-DHH).

5.   On July 22, 2020, agents executed the search warrants. Agents searched and seized two cellphones that contained child pornography, including hundreds of images and dozens of videos. One video from LAINO's cellphone showed an adult male sitting in front of a male child, approximately 1 to 1.5 years old, masturbating himself and placing the child's hand on his erect penis. This video is approximately 12 seconds in length.[1]

6.   Agents also spoke with LAINO. He admitted to agents that they would find child pornography on his phone. LAINO stated that his "preferred age" was 14-18 year-old females, but he told agents that they would find much younger individuals, as well. LAINO further admitted to using the "chatous" app to send and receive child pornography. LAINO stated that he started viewing child pornography in his freshmen year of high school and that he used the "Tor" browser to obtain child pornography on the dark web.

[CONTINUED ON NEXT PAGE]

---

[1] Given the health concerns posed by in-person interactions during the COVID-19 Pandemic, I am not providing a copy of this image. Nevertheless, the description of the file here is specific as to the age of the alleged child and the nature of the sexually explicit conduct that it depicts, and the Court thus need not view the file to find that it depicts child pornography. *See United States v. Burdulis*, 753 F. 3d 255, 261 (1st Cir. 2014); *United States v. Syphers*, 426 F.3d 461, 467 (1st Cir. 2005)

## CONCLUSION

7.      Based on the foregoing, there is probable cause to believe that on July 22, 2020, LAINO possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), and I request that the Court issue a criminal complaint.

Sworn to under the pains and penalties of perjury,

_____
Janet Connolly
Special Agent
Homeland Security Investigations

Sworn to via telephone in accordance with Federal Rule of
Criminal Procedure 4.1 on July  22 , 2020:     1:56 p.m.

_____
David H. Hennessy
United States Magistrate Judge